UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TONY BLACKMAN, | ) | 1:07-cv-00201-OWW-SMS |
| | ) | |
| Plaintiff, | ) | ORDER DIRECTING PLAINTIFF TO PAY |
| | ) | THE FILING FEE OR TO FILE A |
| | ) | COMPLETED IN FORMA PAUPERIS |
| v. | ) | APPLICATION WITH CERTIFICATE AND |
| | ) | TRUST ACCOUNT STATEMENT (DOC. 2) |
| REBECCA WISEMAN, et al., | ) | |
| | ) | ORDER DIRECTING THE CLERK TO SEND |
| Defendants. | ) | TO PLAINTIFF A BLANK IN FORMA |
| | ) | PAUPERIS APPLICATION |
| | ) | |

   Plaintiff is a state prisoner proceeding pro se who filed a civil rights action pursuant to 42 U.S.C. § 1983 on February 5, 2007. The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Local Rules 72-302 and 72-304. Pending before the Court is Plaintiff's application to proceed in forma pauperis, filed on February 5, 2007.

   Plaintiff's application was incomplete. The "Certificate of Authorized Officer" was blank and was not dated or signed. Further, Plaintiff did not submit a trust account statement. Plaintiff is required to submit an original, signed prison trust account statement that includes the entire six-month period

1

immediately preceding the filing of the complaint. See 28 U.S.C. § 1915(a)(2). Plaintiff will be provided the opportunity either to pay the $350.00 filing fee or submit a completed application, with a signed certificate, and an original certified copy of his trust account statement covering the full six-month period in support of his request to proceed in forma pauperis.

In accordance with the above, IT IS HEREBY ORDERED that within thirty days of the date of service of this order, Plaintiff shall either submit a completed application to proceed in forma pauperis, including a signed certificate and an original certified copy of his prison trust account statement for the six-month period immediately preceding the filing of the complaint, or, in the alternative, pay the $350.00 filing fee for this action; further, the Clerk SHALL SEND to Plaintiff a blank application to proceed in forma pauperis for one who is in custody.

Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

**Dated:   February 9, 2007**             **/s/ Sandra M. Snyder**
icido3                              UNITED STATES MAGISTRATE JUDGE