# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TONY BLACKMAN, | ) | 1:07cv0201 OWW SMS |
| | ) | |
| Plaintiff, | ) | ORDER REQUIRING PLAINTIFF TO SUBMIT COMPLETED APPLICATION TO PROCEED IN FORMA PAUPERIS, ALONG WITH PRISON TRUST ACCOUNT STATEMENT AND CERTIFICATION **OR** PAY FILING FEE |
| v. | ) | |
| REBECCA WISEMAN, et al., | ) | |
| Defendants. | ) | |

Plaintiff, a state prisoner proceeding pro se, filed the instant civil rights action on February 5, 2007. His application to proceed in forma pauperis, however, was incomplete.

Pursuant to the Court's February 12, 2007, order, Plaintiff submitted another application to proceed in forma pauperis on March 19, 2007. This application is also deficient as the "Certificate of Authorized Officer" is blank and the attached prison trust account statement is from 2005.

As the Court explained in its previous order, Plaintiff is required to submit an original, signed prison trust account statement that includes the entire six month period *immediately preceding the filing of the complaint.* 28 U.S.C. § 1915(a)(2). The "Certificate of Authorized Officer" must be completed, as well as signed and dated.

In his most recent submission, Plaintiff states that prison officials are refusing to process his application. The Court understands that there is a procedure in place by which inmates

1  submit requests for in forma pauperis certifications, etc. to the Trust Office, and the Trust Office
2  then forwards the documents directly to the Court.  The Court also understands that this process
3  may take more than thirty (30) days, and in such cases, the Court will entertain requests for an
4  extension of time.

5  **Plaintiff is strongly encouraged to contact his correctional counselor and request**
6  **verification that the application has been received by the Trust Office.  If the application**
7  **has been received, it will likely be sent to the Court within a month or so.  If the application**
8  **has not been received, Plaintiff should fill out a new one and request the assistance of his**
9  **counselor in ensuring that it is sent to the Trust Office.  If Plaintiff correctly follows the**
10 **process in place for submitting applications to the Trust Office, the Court is confident that**
11 **the completed application will be mailed to the Court.**

12  Accordingly, Plaintiff is ORDERED to submit an application to proceed in forma
13  pauperis, along with all necessary documentation, or pay the $350.00 filing fee, within thirty (30)
14  days of the date of service of this order.  The Clerk of the Court shall send Plaintiff the
15  appropriate application.

16  Failure to comply with this order will result in a recommendation that this action be
17  dismissed.

19  IT IS SO ORDERED.

20  **Dated:   May 1, 2007**                        /s/ Sandra M. Snyder
                                                    UNITED STATES MAGISTRATE JUDGE