1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY BLACKMAN, | ) 1:07cv0201 OWW SMS |
| | ) |
| | ) |
| Plaintiff, | ) |
| | ) ORDER DIRECTING CLERK OF |
| v. | ) COURT TO REDESIGNATE ACTION AS A |
| | ) PRISONER CIVIL RIGHTS CASE |
| REBECCA WISEMAN, et al., | ) |
| | ) |
| | ) |
| | ) |
| Defendants. | ) |
| | ) |

Plaintiff, a state prisoner proceeding pro se, filed the instant civil rights action on February 5, 2007.  He filed his most recent amended complaint on March 19, 2007.  A review of the complaint reveals that Plaintiff's action concerns the conditions of his confinement.  The action therefore should be redesignated to reflect that it is a prisoner civil rights case.


IT IS SO ORDERED.

**Dated:    June 14, 2007**              _____/s/ Sandra M. Snyder_____
                                          UNITED STATES MAGISTRATE JUDGE