UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TONY BLACKMAN, | ) | 1:07-cv-00201-OWW-SMS-P |
| | ) | |
| Plaintiff, | ) | **ORDER DISMISSING CASE FOR** |
| | ) | **PLAINTIFF'S FAILURE TO PAY** |
| vs. | ) | **FILING FEE** (Doc. 12) |
| | ) | |
| REBECCA A. WISEMAN, et al., | ) | **ORDER DIRECTING CLERK TO** |
| | ) | **CLOSE ACTION** |
| Defendants. | ) | |
| | ) | |

    Plaintiff, Tony Blackman ("plaintiff"), is a prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

    On June 25, 2007, the Court denied plaintiff's motions or applications to proceed in forma pauperis, and further ordered plaintiff to submit the $350.00 filing fee in full within thirty days from the date of service of the order. The court's order of June 25, 2007, requiring plaintiff to pay the filing fee, expressly stated: "Plaintiff shall pay the $350.00 filing fee in full within thirty (30) days or this action will be dismissed,

1

1  without prejudice."  Thus, plaintiff had adequate warning that
2  dismissal would result from non-compliance with the court's
3  order.  More than thirty days have passed and plaintiff has not
4  paid the filing fee or otherwise responded to the court's order.
5       Accordingly, IT IS HEREBY ORDERED that:
6       1.   This entire action is DISMISSED, without prejudice;
7  and,
8       2.   The Clerk of Court therefore CLOSE this action.
9  IT IS SO ORDERED.
10 **Dated:   August 24, 2007**              **/s/ Oliver W. Wanger**
                                              UNITED STATES DISTRICT JUDGE